No. 896. BALTIMORE AND OHIO RAILROAD COMPANY *v.* CARY C. HINES, ADMINISTRATOR DE BONIS NON OF THE PERSONAL ESTATE OF WILLAM CRENNELL, JR., DECEASED. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of West Virginia, denied. *Mr. W. E. Haymond* for petitioner. *Mr. Carey C. Hines, pro se.*

No. 897. WILLIAM E. GUY *v.* HONORABLE JAKE FISHER, JUDGE OF THE CIRCUIT COURT OF BRAXTON COUNTY, CARY C. HINES, ADMINISTRATOR DE BONIS NON, ETC., ET AL. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of West Virginia denied. *Mr. W. E. Haymond* for petitioner. *Mr. Carey C. Hines, pro se.*

No. 900. DERBY OIL COMPANY *v.* H. H. MOTTER, INTERNAL REVENUE COLLECTOR. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John H. Brennan* and *Harry H. Smith* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt, and Mr. Sewall Key* for respondent.

No. 826. CLEMENT H. BETTS *v.* UNITED STATES. March 21, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Lucius H. Beers, Franklin B. Lord,* and *Parker McCollester* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Fred K. Dyar* for the United States.

No. 887. SOPHIE WEICHERS *v.* BIRDIE WEICHERS. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Messrs. Frederick C. Peterson* and *Albert E. Carter* for petitioner.

*Messrs. William I. Brobeck* and *Herman.Phleger* for respondent.

---

No. 888. MARION B. FRIEDENWALD *v.* HERBERT FRIEDENWALD. March 21, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. . *Messrs. Harry A. Hegarty* and *Edwin A. Mooers* for petitioner. *Mr. Henry E. Davis* for respondent.

---

No. 893. RED WING MALTING COMPANY *v.* LEVI M. WILLCUTS, COLLECTOR OF INTERNAL REVENUE, ETC. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William H. Oppenheimer* and *Montreville J. Brown* for petitioner. . *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for respondent.

---

No. 899. ALICE A. BAUCHSPIES *v.* CENTRAL RAILROAD COMPANY OF NEW JERSEY. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Ulysses S. Koons* for petitioner. No appearance for respondent.

---

No. 901. EARL CARROLL *v.* UNITED STATES. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James M. Beck, Herbert C. Smith, Wilton J. Lambert,* and *R. H. Yeatman* for petitioner. *Solicitor General Mitchell, Assistant to the Attorney General Donovan, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.